UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BOARD OF TRUSTEES OF THE OHIO
LABORERS BENEFITS,

    **Plaintiff,**

    v.

J. MILLING INC.,

    **Defendant.**

Case No. 2:22-cv-2098
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter is before the Court on the parties' Joint Status Report and Motion to Stay. (ECF No. 32.) The parties indicate that they are working collaboratively and in good faith to informally resolve this matter with finality and to file a notice of dismissal and believe that they can meet the goal of doing so by late November 2023. They ask, therefore, that all deadlines and proceedings in this be "stayed until December 1, 2023, to afford the parties additional time to finalize the informal resolution of this matter." *Id*. The Court finds good cause to **GRANT** the joint motion (ECF No. 32) and **STAYS** this case until December 1, 2023. The parties are **DIRECTED** to file a stipulated dismissal by December 1, 2023, or a status report.

    IT IS SO ORDERED.

9/18/2023
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS
UNITED STATES DISTRICT JUDGE